**William D. JONES, Appellant,**

v.

**U.S. MERIT SYSTEMS PROTECTION BOARD, Appellee.**

No. 08–1979.

United States Court of Appeals,
Eighth Circuit.

Submitted: May 6, 2009.

Filed: May 11, 2009.

William D. Jones, Omaha, NE, pro se.

Robert Homan, U.S. Attorney's Office, Omaha, NE, for Appellee.

Before BYE, COLLOTON, and GRUENDER, Circuit Judges.

PER CURIAM.

After the district court[1] dismissed William Jones's complaint against the United States Merit Systems Protection Board for lack of subject matter jurisdiction, he brought this appeal. We agree with the district court that it lacked subject matter jurisdiction for the reasons explained in the court's thorough memorandum opinion and order, and we conclude that in these circumstances, the district court did not abuse its discretion in declining to transfer the action to the United States Court of Appeals for the Federal Circuit. *See Le-May v. U.S. Postal Serv.,* 450 F.3d 797, 799 (8th Cir.2006) (dismissal for lack of subject matter jurisdiction reviewed de novo); *United States v. Hull,* 419 F.3d 762, 768 (8th Cir.2005) (refusal to transfer reviewed for abuse of discretion).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Laurie Smith Camp, United States District Judge for the District of Nebraska.